```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 08351
    CHARLIE V BURKE
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-5141


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/13/06 and confirmed on 10/25/06.

    2.  The case was dismissed after confirmation, 09/28/2007.

    3.  The Debtor paid a total of $    4500.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------------
BEAL BANK                    CURRENT MORTG          .00           .00          .00
BEAL BANK                    MORTGAGE ARRE     5361.92            .00          .00
PRIMUS AUTOMOTIVE FINANC     SECURED           6838.49         543.64      1841.52
CAPITAL ONE BANK             UNSECURED         1529.59            .00          .00
FINGERHUT                    UNSECURED        NOT FILED          .00          .00
JEFFERSON CAPITAL SYSTEM     UNSECURED        NOT FILED          .00          .00
MIDLAND CREDIT MGMT          UNSECURED        NOT FILED          .00          .00
SBC AMERITECH                UNSECURED        NOT FILED          .00          .00
        Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  12200.41         .00      1529.59         .00      13730.00
PRINCIPAL PAID       1841.52         .00          .00         .00       1841.52
INTEREST PAID         543.64         .00          .00         .00        543.64
TOTAL PAID           2385.16         .00          .00         .00       2385.16
The Debtor's attorney, DAVID M SIEGEL                 , was allowed $    3000.00
and was paid $    376.00   direct and $    1943.89  through the plan.

The Trustee received $     170.95 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 12/18/07                    /S/
                                 GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 08351 CHARLIE V BURKE